

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL STEVEN FRANKS | § | No. 08-23-00161-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Winkler County, Texas |
| Appellee. | § | (TC# DC22-6079) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JUNE 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Soto, J., and Salas Mendoza, Judge
Salas Mendoza, Judge, (sitting by assignment)